UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

SEP 2 6 2007

_DEPUTY CLERK_

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:07–00180 |
| v. | ) | |
| | ) | 18 U.S.C. § 1341 |
| OVID TIMOTHY HUGHES | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

## A. INTRODUCTION

At times relevant to this Indictment:

1. "Company 1" was a manufacturing company located in Winchester, Tennessee, and "Company 2" was a property-management company located in St. Louis Park, Minnesota.

2. For a period of time beginning prior to November 2006 and continuing until approximately November 2006, the defendant, OVID TIMOTHY HUGHES was an employee of a computer manufacturer and retailer ("the Computer Company"). OVID TIMOTHY HUGHES had no lawful association with Company 1 or Company 2 and had no legal authority to act on behalf of or bind Company 1 or Company 2.

## B. THE SCHEME TO DEFRAUD

3. Beginning in or about November 2006 and continuing until on or about September 20, 2007, the exact dates being unknown to the Grand Jury, in the Middle District of Tennessee and elsewhere, **OVID TIMOTHY HUGHES** devised and intended to devise a scheme to

defraud Company 1 and Company 2 of money and property by means of materially false pretenses and representations, and by acts of concealment of the scheme, and, in furtherance thereof, used private and commercial interstate carriers. The scheme to defraud is further described in the paragraphs below.

4. It was a part and object of the scheme to defraud that OVID TIMOTHY HUGHES accessed certain account and credit information that Company 1 and Company 2 had, maintained, and used with the Computer Company for their legitimate purchases.

5. It was a further part and object of the scheme to defraud that, between approximately November 2006 and September 20, 2007, the exact dates being unknown to the Grand Jury, OVID TIMOTHY HUGHES fraudulently used Company 1's and Company 2's account and credit information to order goods from the Computer Company and other companies for his personal gain without the permission, consent, or knowledge of Company 1 or Company 2.

6. It was a further part and object of the scheme to defraud that OVID TIMOTHY HUGHES caused the goods to be delivered to him under a fictitious name, while causing corresponding invoices and bills for those goods to be sent to Company 1 or Company 2, with the intent that Company 1 or Company 2 would pay for those goods without knowing that they were not purchases authorized by the company

2

## C. THE MAILING

7. On or about August 20, 2007, in the Middle District of Tennessee and elsewhere,

**OVID TIMOTHY HUGHES,** for the purpose of executing the scheme, and attempting to do so,

knowingly did cause to be delivered by a private and commercial interstate carrier, a laptop

computer.

In violation of Title 18, United States Code, Section 1341.

A TRUE BILL



FOREPERSON

PAUL M. O'BRIEN
UNITED STATES ATTORNEY

TY E. HOWARD
ASSISTANT UNITED STATES ATTORNEY

3